IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL -1  AM 7:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 05-20177-Ma |
| COREY WILLIAMS, | |
| Defendant. | |

ORDER GRANTING PERMISSION FOR DEFENDANT TO TRAVEL

Before the court is the June 30, 2005, motion by defendant Corey Williams requesting permission to travel to St. Louis, Missouri, to attend a family funeral. Mr. Williams's Pretrial Officer and counsel for the government do not object to the motion. For good cause shown, the motion to travel is granted and defendant is allowed to travel to St. Louis, Missouri, on July 1, 2005, and to return to Memphis on July 5, 2005, for the purpose of attending a family funeral.

It is so ORDERED this 30th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/5/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Arthur C Walton
LAW OFFICE OF ARTHUR C WALTON
906 South Cooper St
Ste 102
Memphis, TN 38104

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT